Aaron T. Winn (SBN 229763)
Natalie F. Hrubos (PA State Bar No. 307255)
*Admitted Pro Hac Vice*
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone:   619.744.2200
atwinn@duanemorris.com
nfhrubos@duanemorris.com
*Attorneys for Defendant Walmart Inc.*

Matthew J. Matern (SBN 159798)
Mikael H. Stahle (SBN 182599)
**MATERN LAW GROUP, PC**
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
Telephone:   (310) 531-1900
mmatern@maternlawgroup.com
mstahle@maternlawgroup.com
*Attorneys for Plaintiff Hope Krauss*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE KRAUSS, aka, DEONTE KRAUSS, individually and on behalf of all those similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>WAL-MART, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case 2:19-CV-00838-JAM-DB<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE THE DEADLINE FOR WALMART'S RESPONSIVE PLEADINGS AND THE PARTIES' JOINT STATUS REPORT** |

JOINT STIPULATION AND REQUEST TO CONTINUE THE DEADLINES FOR
DEFENDANTS' RESPONSIVE PLEADINGS AND THE PARTIES' JOINT STATUS REPORT

On August 16, 2019, Plaintiff filed her First Amended Complaint against Defendant Walmart, Inc.  The First Amended Complaint added a new defendant, Wal-Mart Associates, Inc.  On August 23, 2019, Walmart Associates, Inc. agreed to accept service of the complaint.

As a result, the two Walmart defendants have two different responsive pleading deadlines:  the deadline for Walmart, Inc. to respond to the First Amended Complaint is August 30, 2019, while Wal-Mart Associate's responsive pleading is not due until September 13, 2019.

To avoid confusion, and the need for two separate filings, the parties jointly propose that both Walmart defendants have until **September 13, 2019** to respond to the First Amended Complaint.

In addition, the deadline for the parties to submit their revised joint status report, with a proposed scheduling order and discovery plain, is currently set for September 6, 2019.  However, in accordance with this Court's May 13, 2019 Order, the parties intend to meet and confer regarding Walmart's anticipated motion to dismiss to avoid the need for unnecessary motion practice.

Thus, to account for any scheduling matters arising out of the parties' meet and confer and potential motion to dismiss, the parties propose that the deadline to submit a revised joint status report, with a proposed scheduling order and discovery plan, be extended to **September 20, 2019**, one week after the deadline for Defendants to respond to Plaintiff First Amended Complaint.

Thus, the parties request that the Court enter the following scheduling order:

1. That all defendants respond to the First Amended Complaint by September 13, 2019; and

2. The parties submit a joint status report, with a proposed scheduling order and discovery plan, by September 20, 2019.

JOINT STIPULATION AND REQUEST TO CONTINUE THE DEADLINES FOR
DEFENDANTS' RESPONSIVE PLEADINGS AND THE PARTIES' JOINT STATUS REPORT

Respectfully submitted,

Dated: August 23, 2019        **DUANE MORRIS LLP**

By: /s/ Aaron T. Winn
      Aaron T. Winn
      Natalie F. Hrubos
      Attorneys for Defendant Walmart Inc.

Respectfully submitted,

Dated: August 23, 2019        **MATERN LAW GROUP, PC**

By: /s/ Mikael H. Stahle
      Matthew J. Matern
      Mikael H. Stahle
      Attorneys for Plaintiff, HOPE KRAUSS,
      aka DEONTE KRAUSS, individually and on
      behalf of all others similarly situated

**PURSUANT TO STIPULATION**, **IT IS SO ORDERED**

Dated: August 26, 2019        /s/ John A. Mendez
                                      JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATION AND REQUEST TO CONTINUE THE DEADLINES FOR
DEFENDANTS' RESPONSIVE PLEADINGS AND THE PARTIES' JOINT STATUS REPORT

**SIGNATURE ATTESTATION**

Aaron Winn, the ECF User whose ID and Password are being used to file this Joint Stipulation and Request, attest that Michael Stahle, the other signatory counsel, has concurred with the filing of this document.

DM2\10398384.1

JOINT STIPULATION AND REQUEST TO CONTINUE THE DEADLINES FOR
DEFENDANTS' RESPONSIVE PLEADINGS AND THE PARTIES' JOINT STATUS REPORT