Aaron T. Winn (SBN 229763)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone:   619.744.2200
atwinn@duanemorris.com

Natalie F. Bare (PA State Bar No. 307255)
*Admitted Pro Hac Vice*
**DUANE MORRIS LLP**
30 S. 17th St.
Philadelphia, PA 19103
Telephone: 215.979.1962
E-mail: nfbare@duanemorris.com
*Attorneys for Defendants*

Additional counsel on following page

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE KRAUSS, aka, DEONTE KRAUSS, individually and on behalf of all those similarly situated,<br><br>              Plaintiff,<br><br>      v.<br><br>WALMART, INC., a Delaware corporation; WAL-MART ASSOCIATES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case 2:19-CV-00838-JAM-DB<br><br>**JOINT STIPULATION RE DISMISSAL OF CLAIMS AND CONTINUANCE OF CASE MANAGEMENT DEADLINES AND TRIAL** |

1

Mikael H. Stahle (SBN 182599)
Matthew J. Matern (SBN 159798)
**MATERN LAW GROUP, PC**
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
Telephone:   (310) 531-1900
mmatern@maternlawgroup.com
mstahle@maternlawgroup.com
*Attorneys for Plaintiff Hope Krauss*

JOINT STIPULATION RE DISMISSAL AND CONTINUANCE
CASE 2:19-CV-00838-JAM-DB

Plaintiff Hope Krauss aka Deonte Krauss ("Krauss") and Defendants Walmart Inc. and Wal-Mart Associates, Inc. ("Walmart") (collectively, the "Parties"), hereby stipulate to:

- Dismiss Krauss's Sixth Cause of Action without prejudice; and
- Dismiss Krauss's class allegations without prejudice.

Krauss's only remaining claim is her Seventh Cause of Action—an individual claim alleging that Krauss was required to use her cell phone to communicate with Walmart through an app regarding work hours and schedules and not reimbursed for such use.

Given the change in the scope of Krauss's claims, the Parties further stipulate and request, subject to the Court's approval, that the Court continue the current trial date— and all other dates, including the dispositive motion deadline—for 75 days to permit the Parties to explore a potential resolution of Krauss's remaining claim.

As such, the Parties respectfully request that the Court modify the scheduling order for this case as follows:

- The dispositive motion cutoff shall be continued from December 14, 2021 to February 28, 2022.
- The due date for the Joint Pretrial Statement shall be continued from February 11, 2022 to May 27, 2022.
- The final pre-trial conference shall be continued from February 28, 2022 to June 3, 2022 at 10:00 AM.
- The trial date shall be continued from March 28, 2022 to July 18, 2022 at 9:00 AM.

Respectfully submitted,

Dated: December 7, 2021                    **DUANE MORRIS** LLP


By: /s/ Aaron T. Winn
   Aaron T. Winn
   Natalie F. Bare
   Attorneys for Walmart

3

1

Dated: December 7, 2021 **MATERN LAW GROUP, PC**

2

3

By: /s/ Mikael H. Stahle
Matthew J. Matern

4

Mikael H. Stahle
Attorneys for Plaintiff, HOPE KRAUSS,

5

aka DEONTE KRAUSS, individually and on
behalf of all others similarly situated

6

7

**PURSUANT TO STIPULATION**, **IT IS SO ORDERED.**

8

9

10

Dated: December 7, 2021 /s/ John A. Mendez

11

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4