Aaron T. Winn (SBN 229763)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone:   619.744.2200
atwinn@duanemorris.com

Natalie F. Bare (PA State Bar No. 307255)
*Admitted Pro Hac Vice*
**DUANE MORRIS LLP**
30 S. 17th St.
Philadelphia, PA 19103
Telephone: 215.979.1962
E-mail: nfbare@duanemorris.com
*Attorneys for Defendants*

Additional counsel on following page

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE KRAUSS, aka, DEONTE KRAUSS, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Delaware corporation; WAL-MART ASSOCIATES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case 2:19-CV-00838-JAM-DB<br><br>**AMENDED JOINT STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES AND TRIAL** |

1  Mikael H. Stahle (SBN 182599)
2  Matthew J. Matern (SBN 159798)
   **MATERN LAW GROUP, PC**
3  1230 Rosecrans Avenue, Suite 200
   Manhattan Beach, CA 90266
4  Telephone:   (310) 531-1900
   mmatern@maternlawgroup.com
5  mstahle@maternlawgroup.com
6  *Attorneys for Plaintiff Hope Krauss*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED JOINT STIPULATION RE CONTINUANCE
OF CASE MANAGEMENT DEADLINES AND TRIAL            CASE 2:19-CV-00838-JAM-DB

On December 8, 2021, the Court continued the case management deadlines in this matter for 75 days to allow the parties to explore a potential resolution of Krauss's sole remaining claim. The Parties have made significant progress toward settlement, but need some additional time to finalize the settlement agreement in this matter.

The Parties therefore stipulate and request, subject to the Court's approval, that the Court continue the current trial date—and all other dates, including the dispositive motion deadline—for 30 days to permit the Parties to finalize a proposed settlement agreement. This would modify the schedule as follows:

- The dispositive motion cutoff shall be continued from February 28, 2022 to **March 30, 2022**.

- The due date for the Joint Pretrial Statement shall be continued from May 27, 2022 to **June 24, 2022**.

- The final pre-trial conference shall be continued from June 3, 2022 to **July 1, 2022 at 11:00 AM** or a date thereafter that is convenient for the Court.

- The trial date shall be continued from July 18, 2022 to **August 15, 2022 at 9:00 AM** or a date thereafter that is convenient for the Court.

Respectfully submitted,

Dated: February 23, 2022     **DUANE MORRIS LLP**

By: /s/ Aaron T. Winn
Aaron T. Winn
Natalie F. Bare
Attorneys for Walmart

Dated: February 23, 2022     **MATERN LAW GROUP, PC**

By: /s/ Mikael H. Stahle
Matthew J. Matern
Mikael H. Stahle
Attorneys for Plaintiff, HOPE KRAUSS, aka DEONTE KRAUSS, individually and on behalf of all others similarly situated

1  **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING**, IT IS SO
2  **ORDERED.**

Dated: February 24, 2022        /s/ John A. Mendez
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE